FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2014 MAY 28  PM 3: 26

**UNITED STATES OF AMERICA**

        **V.**

**WANISHA COATES,**

CLERK'S OFFICE
AT BALTIMORE

BY_____DEP **CRIMINAL NO. SAG-14-880**

:

        **Under Seal**

        **Defendant.**      :

...oooOooo...

## MOTION FOR REVIEW OF RELEASE ORDER

The United States of America, by Rod J. Rosenstein, United States Attorney, and

Zachary A. Myers, Assistant United States Attorney, pursuant to Title 18, United States Code,

Section 3145(a), respectfully requests review of the release order entered by the magistrate judge

in this case.

On May 22, 2014, at the initial appearance of the Defendant, Wanisha Coates, the

government moved for detention pending trial pursuant to Title 18, United States Code, Section

3142(f)(2)(A), on the basis that there is a serious risk that the Defendant will flee and that no

condition or combination of conditions will reasonably assure the appearance of the Defendant

as required and the safety of any other person and the community.

On May 28, 2014, following a detention hearing, the Honorable Susan K. Gauvey

ordered the Defendant released subject to conditions. In open Court, the government moved for

review of the release order, and stay of its implementation pending review. The Court granted

the government's request for a stay of the release order, pending review by the district court.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____/s/_____

Zachary A. Myers
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served upon counsel for the Defendant by electronic mail.

_____/s/_____

Zachary A. Myers
Assistant United States Attorney