

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. JKB-14-0356 |
| WANISHA D. COATES, | * |
| a/k/a "Wanda C. Redd," | * |
| a/k/a "Nee Sunny," | * |
| a/k/a "Skii Sunny," | * |
| Defendant | * |

*******

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL INDICTMENT

Comes now the United States of America, by and through its Attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland and Zachary A. Myers, Assistant United States Attorney for said District and hereby moves this Honorable Court for an Order partially unsealing the Indictment in the above-referenced case as to Defendant WANISHA D. COATES, and in support thereof states:

1. On July 24, 2014, the grand jury for the United States District Court for the District of Maryland issued an indictment charging Bank Fraud Conspiracy, Access Device Fraud Aggravated Identity Theft, Bank Fraud, and Aiding and Abetting, in violation of Title 18, United States Code, Sections 1349, 1029(a)(3) and (a)(4), 1028A, 1344 and 2. The same day, this Court issued an order sealing the indictment and various related documents.

2. Some of the defendants named in the indictment are not in custody and their current whereabouts are unknown. Disclosure of the indictment and related documents as to those defendants at this time could alert these defendants to the existence of these charges and warrants, giving them incentive and opportunity to flee and attempt to hide from investigators attempting to execute the arrest warrants, as well as to destroy evidence or otherwise obstruct justice prior to

their arrests.

3. On August 5, 2014, Defendant Wanisha D. Coates appeared before this Court following her arrest in the District of New Jersey on July 23, 2014.

4. A redacted copy of the indictment, excluding identifying information of all of the defendants not yet in custody is attached to this Motion as Exhibit A.

WHEREFORE, the United States respectfully requests that the Court issue an ORDER partially unsealing the Indictment, and allowing disclosure and docketing of the redacted copy of the indictment as to the Defendant, Wanisha D. Coates attached to this motion.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Zachary A. Myers
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800